CROWELL & MORING LLP
Steven P. Rice (CSB No. 94321, srice@crowell.com)
Derek Hahn (CSB No. 238670, dhahn@crowell.com)
Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949.263.8400
Facsimile: 949.263.8414

CROWELL & MORING LLP
Janet Levine (CSB No. 94255, jlevine@crowell.com)
Jenna Galas (CSB No. 267969, jgalas@crowell.com)
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant-in-Intervention
EVEREST NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| ASSOCIATION OF CALIFORNIA WATER AGENCIES JOINT POWERS INSURANCE AUTHORITY, et al., | Case No. 8:11-CV-01124-CJC (RNBx) |
|---|---|
| Plaintiff, | **JURY INSTRUCTIONS PROPOSED BY PLAINTIFFS AND OPPOSED BY DEFENDANT** |
| v. | |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, et al., | |
| Defendants. | |
| AND RELATED THIRD-PARTY COMPLAINTS. | |

/ / /

/ / /

/ / /

CROWELL & MORING LLP
ATTORNEYS AT LAW

JURY INSTRUCTIONS PROPOSED BY PLAINTIFF
AND OPPOSED BY DEFENDANT;
CASE NO. 8:11-CV-01124-CJC (RNBX)

IRactive-6274918.2

Defendant Everest National Insurance Company ("Everest") hereby submits its objections to certain jury instructions proposed by Plaintiffs ("Plaintiffs' Disputed Jury Instructions"). The parties have met and conferred in good faith to prepare a list of joint jury instructions. In addition to this filing by Everest, Plaintiffs will be filing two other separately captioned and docketed documents: one a set of agreed upon instructions and the other a set of Everest's instructions to which Plaintiffs object. The agreed upon instructions are subject to the parties agreeing on the instructions' final language.

Plaintiffs' Disputed Jury Instructions are attached to this pleading as Exhibit 1, with each instruction numbered and attribution and/or case citations for each instruction placed on the pages following the proposed instruction. Everest notes its objections to each instruction on pages following Plaintiffs' proffered instruction. Where Everest requests an alternative instruction, it has placed this alternative instruction and its reasoning on pages following Plaintiffs' proffered instruction.

The proposed jury instructions reflect the issues the jury may be asked to decide. The parties respectfully reserve the right to withdraw any of the following instructions or submit additional instructions in light of the evidence presented at trial and any further rulings of the Court.

DATED: June 23, 2014          CROWELL & MORING LLP

By:     */s/ Steven P. Rice*
    Steven P. Rice

Attorneys for Defendant-in-Intervention
EVEREST NATIONAL INSURANCE COMPANY

Index of Plaintiffs' Disputed Instructions (Numbered)

| No. | Authority | Title |
|---|---|---|
| 1 | 9th Circuit Model Civil Instruction 1.5 | Two or More Parties—Different Legal Rights |
| 2 | CACI 327 | Assignment Not Contested |
| 3 | CACI 2303 | Affirmative Defense—Insurance Policy Exclusion |
| 4 | Special | Plaintiffs' Special No. 1 |
| 5 | Special | Plaintiffs' Special No. 2 |
| 6 | CACI 2360 | Judgment Creditors Action |
| 7 | CACI 2330 | Breach of Implied Covenant of Good Faith and Fair Dealing |
| 8 | CACI 2334 | Refusal to Accept Reasonable Settlement Within Policy Limits |
| 9 | CACI 2337 | Factors to Consider in Evaluating Insurer's Conduct |
| 10 | Special | Special Based on *Egan* |
| 11 | CACI 2350 | Damages for Bad Faith |
| 12 | 9th Circuit Model Civil Instruction 5.5 | Punitive Damages |

Index of Plaintiffs' Disputed Instructions (Unnumbered)

| No. | Authority | Title |
|---|---|---|
|  | 9th Circuit Model Civil Instruction 1.5 | Two or More Parties—Different Legal Rights |
|  | CACI 327 | Assignment Not Contested |
|  | CACI 2303 | Affirmative Defense—Insurance Policy Exclusion |
|  | Special | Plaintiffs' Special No. 1 |
|  | Special | Plaintiffs' Special No. 2 |
|  | CACI 2360 | Judgment Creditors Action |
|  | CACI 2330 | Breach of Implied Covenant of Good Faith and Fair Dealing |
|  | CACI 2334 | Refusal to Accept Reasonable Settlement Within Policy Limits |
|  | CACI 2337 | Factors to Consider in Evaluating Insurer's Conduct |
|  | Special | Special Based on *Egan* |
|  | CACI 2350 | Damages for Bad Faith |
|  | 9th Circuit Model Civil Instruction 5.5 | Punitive Damages |

CROWELL & MORING LLP
Steven P. Rice (CSB No. 94321, srice@crowell.com)
Derek Hahn (CSB No. 238670, dhahn@crowell.com)
Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949.263.8400
Facsimile: 949.263.8414

CROWELL & MORING LLP
Janet Levine (CSB No. 94255, jlevine@crowell.com)
Jenna Galas (CSB No. 267969, jgalas@crowell.com)
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant-in-Intervention
EVEREST NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CALIFORNIA WATER AGENCIES JOINT POWERS INSURANCE AUTHORITY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, et al.,<br><br>Defendants. | Case No. 8:11-CV-01124-CJC (RNBx)<br><br>**JURY INSTRUCTIONS PROPOSED BY PLAINTIFFS AND OPPOSED BY DEFENDANT** |
| AND RELATED THIRD-PARTY COMPLAINTS. | |

/ / /

/ / /

/ / /

CROWELL
& MORING LLP
ATTORNEYS AT LAW

JURY INSTRUCTIONS PROPOSED BY PLAINTIFF
AND OPPOSED BY DEFENDANT;
CASE NO. 8:11-CV-01124-CJC (RNBX)

IRactive-6274918.2

Defendant Everest National Insurance Company ("Everest") hereby submits its objections to certain jury instructions proposed by Plaintiffs ("Plaintiffs' Disputed Jury Instructions"). The parties have met and conferred in good faith to prepare a list of joint jury instructions. In addition to this filing by Everest, Plaintiffs will be filing two other separately captioned and docketed documents: one a set of agreed upon instructions and the other a set of Everest's instructions to which Plaintiffs object. The agreed upon instructions are subject to the parties agreeing on the instructions' final language.

Plaintiffs' Disputed Jury Instructions are attached to this pleading as Exhibit 1, with each instruction numbered and attribution and/or case citations for each instruction placed on the pages following the proposed instruction. Everest notes its objections to each instruction on pages following Plaintiffs' proffered instruction. Where Everest requests an alternative instruction, it has placed this alternative instruction and its reasoning on pages following Plaintiffs' proffered instruction.

The proposed jury instructions reflect the issues the jury may be asked to decide. The parties respectfully reserve the right to withdraw any of the following instructions or submit additional instructions in light of the evidence presented at trial and any further rulings of the Court.

DATED: June 23, 2014          CROWELL & MORING LLP

By:   */s/ Steven P. Rice*
Steven P. Rice

Attorneys for Defendant-in-Intervention
EVEREST NATIONAL INSURANCE COMPANY

Index of Plaintiffs' Disputed Instructions (Numbered)

| No. | Authority | Title |
| --- | --- | --- |
| 1 | 9th Circuit Model Civil Instruction 1.5 | Two or More Parties—Different Legal Rights |
| 2 | CACI 327 | Assignment Not Contested |
| 3 | CACI 2303 | Affirmative Defense—Insurance Policy Exclusion |
| 4 | Special | Plaintiffs' Special No. 1 |
| 5 | Special | Plaintiffs' Special No. 2 |
| 6 | CACI 2360 | Judgment Creditors Action |
| 7 | CACI 2330 | Breach of Implied Covenant of Good Faith and Fair Dealing |
| 8 | CACI 2334 | Refusal to Accept Reasonable Settlement Within Policy Limits |
| 9 | CACI 2337 | Factors to Consider in Evaluating Insurer's Conduct |
| 10 | Special | Special Based on *Egan* |
| 11 | CACI 2350 | Damages for Bad Faith |
| 12 | 9th Circuit Model Civil Instruction 5.5 | Punitive Damages |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

JURY INSTRUCTIONS PROPOSED BY PLAINTIFF
AND OPPOSED BY DEFENDANT;
CASE NO. 8:11-CV-01124-CJC (RNBX)

Index of Plaintiffs' Disputed Instructions (Unnumbered)

| No. | Authority | Title |
|---|---|---|
|  | 9th Circuit Model Civil Instruction 1.5 | Two or More Parties—Different Legal Rights |
|  | CACI 327 | Assignment Not Contested |
|  | CACI 2303 | Affirmative Defense—Insurance Policy Exclusion |
|  | Special | Plaintiffs' Special No. 1 |
|  | Special | Plaintiffs' Special No. 2 |
|  | CACI 2360 | Judgment Creditors Action |
|  | CACI 2330 | Breach of Implied Covenant of Good Faith and Fair Dealing |
|  | CACI 2334 | Refusal to Accept Reasonable Settlement Within Policy Limits |
|  | CACI 2337 | Factors to Consider in Evaluating Insurer's Conduct |
|  | Special | Special Based on *Egan* |
|  | CACI 2350 | Damages for Bad Faith |
|  | 9th Circuit Model Civil Instruction 5.5 | Punitive Damages |