CROWELL & MORING LLLP
Derek Hahn (CSB No. 238670, dhahn@crowell.com)
Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: 949.263.8400
Facsimile: 949.263.8414

CROWELL & MORING LLP
Janet Levine (CSB No. 94255, jlevine@crowell.com)
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Mark D. Plevin (CSB No. 146278, mplevin@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA  94115
Telephone:  415.986.2800
Facsimile:  415.986.2827

Attorneys for Defendant-in-Intervention
EVEREST NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CALIFORNIA WATER AGENCIES JOINT POWERS INSURANCE AUTHORITY, et al.,<br><br>                Plaintiffs,<br>vs.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, et al.,<br><br>                Defendants. | CASE NO: 8:11-CV-01124-CJC (RNBx)<br><br>Judge:  Hon. Cormac J. Carney<br><br><br>**STIPULATION RE:  DISMISSAL WITH PREJUDICE** |
| AND RELATED THIRD-PARTY COMPLAINTS. | |

Plaintiffs-in-Intervention and Defendant-in-Intervention Everest National Insurance Company ("the parties") respectfully make this joint request that this action be dismissed with prejudice.

## RECITALS

**WHEREAS**, the remaining defendant in this action, Everest National Insurance Company, has settled the case with all Plaintiffs-in-Intervention;

**WHEREAS**, releases have been fully executed and the settlement funds have been paid;

**WHEREAS**, on March 31, 2015, the Court ordered the action dismissed *without* prejudice and ordered all proceedings in the case vacated and taken off calendar [Document No. 475];

**WHEREAS**, the settlement agreement calls for the action to be dismissed *with* prejudice;

**NOW, THEREFORE**, the parties jointly request that the Court execute the attached Order dismissing the action with prejudice.

DATED: April 20, 2015        CROWELL & MORING LLP

By: */s/ Mark D. Plevin*
Mark D. Plevin[1]
Attorneys for Defendant-in-Intervention
EVEREST NATIONAL INSURANCE COMPANY

DATED: April 20, 2015        ENGSTROM LIPSCOMB & LACK

By: */s/ Robert J. Wolfe*
Walter J. Lack
Robert J. Wolfe
Robert Bryson
Attorneys for Plaintiffs-in-Intervention
FATIMA ITANI & MOHAMAD ITANI; MORTEZA KHALILI & SOROUR KHALILI; SHANNON LEW; MICHAEL MINNICK & KATHY MINNICK; DAVID RAMOCINSKI; AMEET SAMBRAY;

---

[1] Pursuant to Local Rule 5–4.3.4(a)(2)(i), Mark D. Plevin, the filer of this stipulation, attests that all other signatories listed here, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        ROBERT SHORT & KATHERINE SHORT

DATED: April 20, 2015    LAW OFFICES OF GERALDINE LY

By:   */s/ Geraldine Ly*
Geraldine Ly
Attorneys for Plaintiffs-in-Intervention
PAUL JOHNSON AND GILLIAN JOHNSON

DATED: April 20, 2015    TRAUT LAW FIRM

By:   */s/ Eric V. Traut*
Eric V. Traut
Attorneys for Plaintiffs-in-Intervention
PAUL JOHNSON AND GILLIAN JOHNSON

DATED: April 20, 2015    LAW OFFICES OF RICHARD A. JONES

By:   */s/ Richard A. Jones*
Richard A. Jones
Attorneys for Plaintiffs-in-Intervention
DAVID WEISS AND ALECIA WEISS

DATED: April 20, 2015    MORRIS POLICH & PURDY LLP

By:   */s/ Gary A. Hamblet*
Gary A. Hamblet
Attorneys for Plaintiffs-in-Intervention
DAVID RAMOCINSKI

DATED: April 20, 2015    BERGER KAHN

By:   */s/ David B. Ezra*
David B. Ezra
Attorneys for Plaintiffs-in-Intervention
FIRE INSURANCE EXCHANGE and MID-CENTURY INSURANCE COMPANY

STIPULATION RE DISMISSAL WITH PREJUDICE